PD-0975-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/31/2015 10:40:51 AM
Accepted 9/1/2015 11:48:10 AM
ABEL ACOSTA
CLERK

## NO. PD-0975-15

### IN THE COURT OF CRIMINAL APPEALS
### OF TEXAS

| | | |
|---|---|---|
| CRAIG ANTHONY GILDER | § | |
| | § | |
| vs. | § | Case No. 14-14-00523-CR |
| | § | |
| THE STATE OF TEXAS | § | |

### MOTION FOR LEAVE TO FILE PETITION FIVE DAYS AFTER
### LAST DAY TO FILE PETITION

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Craig Anthony Gilder, through counsel, moves the Court for leave to file his Petition for Discretionary Review on August 26, 2015; the Petition is being filed simultaneously with this motion.

1.     In cause number 14-14-00523-CR, the First Court of Appeals affirmed Mr. Gilder's conviction on June 26, 2015. The 30-day deadline for filing the petition was July 26, 2015. Rule 68.2(c) of the Texas Rules of Appellate Procedure provides that the Court may extend the time to file the petition if a motion to extend is filed no later than 15 days after the last day for filing the petition.

2.     Mr. Gilder has made one previous request for an extension.

In view of the foregoing, Mr. Jones moves the Court to permit him to file his petition for discretionary review until and including August 31, 2015.

This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

FILED IN
COURT OF CRIMINAL APPEALS

September 1, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

*/s/ Melissa Martin*

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on August 31 2015.

*/s/ Melissa Martin*

_____

MELISSA MARTIN